IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2011 APR 15 PM 3:45
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
CECIL M. THORPE )
MYRTLE M. THORPE )
)
        Debtors ) CH 13 Case No. 08-42055
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        CECIL M. THORPE
        MYRTLE M. THORPE
        12395 N. PALMYRA ROAD
        NORTH JACKSON, OH 44451

        $5.01

        **TOTAL:**    **$5.01**

2. A check in the amount of $64.05, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ___14th___ day of April, 2011.

        _/s/ Michael A. Gallo_
        MICHAEL A. GALLO, TRUSTEE
        20 Federal Plaza West
        Suite #602
        Youngstown, OH 44503
        (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
CECIL M. THORPE )
MYRTLE M. THORPE )
)
        Debtors ) CH 13 Case No. 08-42055
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 14th day of April, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

                                    MICHAEL A. GALLO, TRUSTEE
                                    20 Federal Plaza West
                                    Suite #602
                                    Youngstown, OH 44503

                                    By: *Jennifer Buchmann*
                                        Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237
VOUCHER FOR CHECK: 872851
DATED: 2011/03/25

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLMS | CR LEE EF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640370 | 926 | 6 | 69 HUFFMAN, WILLIAM PAGAN-HUFFMAN, GLORIA | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640907 | 926 | 6 | 14 NANCE, JACK R NANCE, EUTONA L | UNCLAIMED FUNDS | 12.31 | 0.00 | 12.31 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742285 | 926 | 6 | 19 HAKE, CHERYL A. | UNCLAIMED FUNDS | 13.88 | 0.00 | 13.88 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841864 | 926 | 6 | 28 BRAXTON, SANDRA S. BRAXTON, PHILIP J. | UNCLAIMED FUNDS | 7.37 | 0.00 | 7.37 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842055 | 926 | 6 | 21 THORPE, CECIL M. THORPE, MYRTLE M. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940093 | 926 | 6 | 30 ARTHUR, PAUL A. ARTHUR, CHRISTY L. | UNCLAIMED FUNDS | 15.48 | 0.00 | 15.48 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942844 | 926 | 6 | 29 GUERRERO, DENNIS R GUERRERO, PATRICIA R | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

#ITEMS 7

CURRENT CHECK
PRINCIPAL 64.05
INTEREST 0.00

08-42055-kw    Doc 43    FILED 04/15/11    ENTERED 04/15/11 15:59:56    Page 3 of 3